UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 19-054 |
| COLBI TRENT DEFIORE | SECTION: MAG |

On May 31, 2019, bond was set in the amount of $25,000.00 unsecured appearance bond with conditions of release. See rec.doc. #7. The bond papers were executed and the defendant was remanded to the custody of the U.S. Marshal until a bed becomes available at Clearview Recovery Center.

On June 6, 2019 the defendant was released from the custody of the U.S. Marshal's Office to enter Clearview Recovery Center.

New Orleans, Louisiana, this 6th day of June, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE