MINUTE ENTRY
ZAINEY, J.
December 10, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 19-230 |
| COLBI TRENT DEFIORE | SECTION: A |

### SENTENCING

Court Reporter: Sandra Minutillo
Case Manager: James Crull
Judicial Assistant: Pamela Angelette

PRESENT:   Jordan Ginsberg, Counsel for the government
           Valerie Jusselin, Counsel for defendant
           Marilyn Brasset, U. S. Probation

Case called 10:55 a.m..

Defendant waived physical presence, attended by video and was sentenced to count(s) 1 of the Indictment.

Counts dismissed on motion of the United States as to this defendant: none.

See Judgment.

A hearing to determine restitution is set for **January 12, 2021 at 10:00 AM**

The defendant was remanded.

Hearing completed 11:40 a.m..

JS-10:  0:45